UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CIRO CAMACHO, | Case No. 3:23-cv-00001-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

Petitioner Ciro Camacho has filed an unopposed motion for extension of time to file his first amended petition. (ECF No. 10 ("Motion").) This is Camacho's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion. Camacho will have up to and including May 15, 2023, to file his first amended petition.

DATED THIS 4th Day of May 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE