UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CIRO CAMACHO,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>TIM GARRETT, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:23-cv-00001-MMD-CSD<br><br>ORDER |

　　　Respondents have filed an unopposed motion for extension of time (first request). (ECF No. 14.) The Court finds good cause exists to grant the unopposed motion for extension of time. It is therefore ordered that the motion (ECF No. 14) is granted. Respondents will have up to and including September 12, 2023, to file their response to the First Amended Petition.

　　　DATED THIS 18th Day of July 2023.

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE