UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CIRO CAMACHO,<br><br>　　　　　Petitioner,<br>　v.<br><br>TIM GARRETT, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:23-cv-00001-MMD-CSD<br><br>ORDER |

　　　Petitioner Ciro Camacho has filed an unopposed motion for extension of time. (ECF No. 19 ("Motion").) This is Camacho's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

　　　It is therefore ordered that the Motion (ECF No. 19) is granted. Petitioner Ciro Camacho will have up to and including November 27, 2023, to file his opposition to the motion to dismiss.

　　　DATED THIS 28th Day of September 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE