UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CIRO CAMACHO,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>TIM GARRETT, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:23-cv-00001-MMD-CSD<br><br>ORDER |

　　　Respondents have filed an unopposed motion for extension of time. (ECF No. 22 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

　　　It is therefore ordered that the Motion (ECF No. 22) is granted. Respondents have up to and including January 29, 2024, to file their reply to the motion to dismiss.

　　　DATED THIS 30th Day of November 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE