UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CIRO CAMACHO,<br><br>　　　　　　Petitioner,<br>　v.<br><br>TIM GARRETT, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:23-cv-00001-MMD-CSD<br><br>ORDER |

Petitioner Ciro Camacho has filed an unopposed motion for extension of time. (ECF No. 31 ("Motion").) This is Camacho's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 31) is granted. Camacho has up to and including August 9, 2024, to file his reply to Respondents' answer.

DATED THIS 13th Day of June 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE