UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CIRO CAMACHO,<br><br>　　　　　　　　Petitioner,<br>　v.<br><br>TIM GARRETT, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:23-cv-00001-MMD-CSD<br><br>ORDER |

　　　Petitioner Ciro Camacho has filed a motion for extension of time. (ECF No. 33 ("Motion").) This is Camacho's second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

　　　It is therefore ordered that the Motion (ECF No. 33) is granted. Camacho has up to and including September 9, 2024, to file his reply to Respondents' answer.

　　　DATED THIS 13th Day of August 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE